IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN GONZALES,                                                    No. C 03-01565 TEH

    Petitioner,

v.                                                                              **ORDER**

C.A. TERHUNE, Warden,

    Respondent.

_____/

The Court is in receipt of Petitioner's "Motion for New Trial, or to Amend Judgment, pursuant to Federal Rule of Civil Procedure 59." Good cause appearing, it is HEREBY ORDERED that:

1. Respondent's opposition to said motion shall be due no later than 7 days from the date of this Order.

2. Petitioner's reply shall be due no later than 14 days from the date of this Order.

3. The matter shall then be deemed submitted on the papers unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: February 21, 2006

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE