IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN GONZALES,   No. C 03-01565 TEH

    Petitioner,

v.   **ORDER**

C. A. TERHUNE,

    Respondent.

    Petitioner has filed an amended request for certificate of appealability.  He seeks a certificate of appealability pursuant to 28 U.S.C. § 2253(c) with respect to the following four grounds:

    1.  The District Court erred in rejecting petitioner's claim under *Brady v. Maryland*, 373 U.S. 83 (1963).

    2.  The District Court erred in refusing to order discovery regarding the state's contacts with Greg Sakasegawa.

    3.  The District Court erred in rejecting petitioner's claim that there was insufficient evidence that he aided and abetted the shooters prior to the shooting.

    4.  The District court erred in rejecting petitioner's claim that his constitutional rights were violated when the trial court (a) did not instruct the jury that it could not convict him as an aider and abettor if he aided the shooters only after the shooting had occurred and (b) refused to instruct the jury on the defense theory of accessory after the fact.

A certificate of appealability may only issue if the applicant has made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court concludes that this standard is satisfied with respect to the first *Brady* issue. Accordingly, the Court hereby certifies the following ground for appeal under 28 U.S.C. § 2253: "The District Court erred in rejecting petitioner's claim under *Brady v. Maryland*, 373 U.S. 83 (1963)."

**IT IS SO ORDERED.**

Dated: January 17, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE